UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

VS.  CASE NO: 6:21-cr-91-RBD-GJK

CESAR RODRIGUEZ SABAS

### REPORT AND RECOMMENDATION
### CONCERNING PLEA OF GUILTY

The Defendant, by consent, has appeared before me pursuant to Fed. R. Crim. P. 11, Local Rule 1.02, and *In re: Authority of United States Magistrate Judges of the Middle District of Florida*, Case No. 8:20-mc-100-T-23 (October 29, 2020), and has entered a plea of guilty to Count One of the Indictment. After cautioning and examining the Defendant under oath concerning each of the subjects mentioned in Rule 11, I determined that the Defendant entered the plea of guilty knowingly and voluntarily and that there is a factual basis for the plea. I therefore recommend that the plea of guilty be accepted. The Defendant is in custody of the U.S. Marshal pending sentencing.

Date: August 18, 2021

_____
GREGORY J. KELLY
UNITED STATES MAGISTRATE JUDGE

### NOTICE

A party waives the right to challenge on appeal a finding of fact or conclusion of law adopted by the district judge if the party fails to object to that finding or conclusion within fourteen days after issuance of the Report and Recommendation containing the finding or conclusion.

Copies to: U.S. Attorney, Counsel for Defendant, Pretrial Services, Probation Office, U.S. Marshal, Assigned District Court Judge