**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

UNITED STATES OF AMERICA

VS.                                                                                          CASE NO: 6:21-cr-91-RBD-GJK

CESAR RODRIGUEZ SABAS

**ACCEPTANCE OF PLEA OF GUILTY,
ADJUDICATION OF GUILT AND
NOTICE OF SENTENCING**

The Court adopts the Report and Recommendation Concerning Plea of Guilty (Doc. 45) entered by the Honorable Gregory J. Kelly, United States Magistrate Judge, to which Notices of No Objection have been filed (Docs. 46 and 47). The Court hereby accepts the Defendant's plea of guilty to Count One of the Indictment, and the Defendant is adjudged guilty of this offense.

**SENTENCING** for the Defendant is hereby scheduled for **Monday, November 8, 2021 at 10:00 AM** before the undersigned in the United States Courthouse, Courtroom 4A, Fourth Floor, 401 West Central Boulevard, Orlando, Florida 32801.

IF THE PARTIES WANT THE COURT TO CONSIDER ANY MOTION FOR DEPARTURE OR OTHER WRITTEN MATERIAL OTHER THAN THE PRE-SENTENCE INVESTIGATION REPORT, IT MUST BE SUBMITTED NO LATER THAN SEVEN (7) DAYS PRIOR TO THE DATE OF SENTENCING.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on August 19, 2021.



ROY B. DALTON JR.
United States District Judge

Copies:    Counsel of Record
United States Marshal Service